UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GERARDO HERNANDEZ, ) | Case No.: 13-CV-05956-LHK |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER DIRECTING PARTIES TO FILE |
| ) | JOINT STATUS REPORT |
| ROSS STORES, INC., et. al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

The initial case management order for cases asserting denial of right of access under the Americans with Disabilities Act in this case required that the parties to hold a joint inspection by April 10, 2014. *See* ECF No. 6. Further, Plaintiff was to file a "Notice of Need for Mediation" if the case was not resolved within 42 days after the joint site inspection. *Id.* These dates have passed but the parties have not indicated that they resolved this case nor has Plaintiff filed a "Notice of Need for Mediation."

The Court ORDERS the parties to file a joint status report by Monday, June 9, 2014, at 8 a.m. The parties' report shall indicate which processes contemplated by General Order 56 the parties have completed and when they completed those processes.

**IT IS SO ORDERED.**

Dated: June 3, 2014

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 13-CV-05956-LHK
ORDER DIRECTING PARTIES TO FILE JOINT STATUS REPORT