UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| GERARDO HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>ROSS STORES, INC., et al.,<br>Defendants. | Case No.  13-cv-05956-LHK<br><br>**ORDER RE CONSENT DECREE**<br>Re: Dkt. No. 41 |

On December 27, 2014, the parties filed a "Consent Decree and Proposed Order as to Injunctive Relief Only," requesting that the Court enter a consent decree and retain jurisdiction for eighteen months. The Court entered the Consent Decree on January 2, 2015. *See* ECF No. 42.

In the Consent Decree, the parties represented that they "have reached an agreement regarding Plaintiff's claims for damages, attorneys' fees, litigation expenses and costs," and that "[t]hese matters will be the subject of a future written settlement agreement." The parties signed this agreement on December 8, 2014.

The Court hereby orders the parties to file a stipulation of dismissal without prejudice within 21 days. The parties shall also stipulate that the Court shall retain jurisdiction to enforce the

1

Case No.:13-cv-05956-LHK
ORDER RE CONSENT DECREE

1  Consent Decree and any other settlement agreement reached by the parties.

2  The parties may file a stipulation of dismissal with prejudice once whatever condition the

3  parties deem necessary for a dismissal with prejudice occurs.

4  **IT IS SO ORDERED**.

5  Dated: January 2, 2015

_____
LUCY H. KOH
United States District Judge

2

Case No.:13-cv-05956-LHK
ORDER RE CONSENT DECREE